IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**RASHAN SARAD BROWN,**                                 6:14-cv-00085-JE

        Petitioner,                                ORDER

v.

**JEFF PREMO,**

        Respondent.

**BROWN, Judge.**

    Magistrate Judge John Jelderks issued Supplemental Findings and Recommendation (#44) on October 5, 2015, in which he recommends the Court deny Petitioner's Amended Petition (#6) for Writ of Habeas Corpus, dismiss this matter with prejudice, and decline to issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c)(2).  Petitioner filed timely Objections to the Findings and Recommendation.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

    When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make

1 - ORDER

a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1).  *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

This Court has carefully considered the Petitioner's Objections and concludes they do not provide a basis to modify the Findings and Recommendation.  The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Jelderks's Supplemental Findings and Recommendation (#44) and, therefore, **DENIES** Petitioner's Amended Petition (#6) for Writ of Habeas Corpus, **DISMISSES** this matter **with prejudice**, and **DECLINES** to issue a certificate of appealability.

IT IS SO ORDERED.

DATED this 6th day of January, 2016.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge

2 - ORDER